UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMERON INDUSTRIES, INC.,

                Plaintiff,

- against -

PARIS BLUES, INC., and FABRIC
SELECTION INC.
                Defendants.

09 Civ. 1253 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the June 24, 2009 status conference in the above-captioned action is adjourned until June 30, 2009 at 3:15 p.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:      New York, New York
             June 18, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09